FILED

UNITED STATES COURT OF APPEALS

APR 01 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, an Illinois corporation and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Plaintiffs-counter-claim-defendants - Appellants,<br><br>  v.<br><br>NORDIC PCL CONSTRUCTION, INC., FKA Nordic Construction, Ltd.,<br><br>    Defendant-counter-claimant-plaintiff - Appellee. | No. 13-15410<br><br>D.C. No. 1:11-cv-00515-SOM-KSC<br>U.S. District Court for Hawaii, Honolulu<br><br>ORDER |

Appellants' motion to for voluntary dismissal under Federal Rule of Appellate Procedure 42(b) is granted. This appeal is dismissed without prejudice to appellants seeking relief in the appropriate forum.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
  Ninth Circuit Rule 27-7/Advisory Note
  to Rule 27 and Ninth Circuit Rule 27-10

25MAR2013/LBS/Pro Mo